# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JOSEPH LEMIEUX,<br><br>            Petitioner,<br><br>      v.<br><br>L.S. MCEWEN, Warden,<br><br>            Respondent. | Case No. ED CV 11-1922 JAK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 22, 2013

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE